UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASON T. POREMBA,

        Plaintiff(s),

DISCOVER FINANCIAL SERVICES INC., et al.

        Defendant(s).
-----------------------------------------------------------X

2:21-cv-01407-GRB-AYS

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel
       Adam G. Singer

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Julieta Stepanyan__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Stroock & Stroock & Lavan LLP__ and a member in good standing of the bar(s) of the State(s) of __California__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for

__Discover Bank__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: August 24, 2021

Respectfully submitted,

_[signature]_
Signature of Movant
Firm Name Stroock & Stroock & Lavan LLP
Address 2029 Century Park East, 18th Floor
        Los Angeles, CA 90067
Email jstepanyan@stroock.com & lacalendar@stroock.com
Phone 310-556-5800